RECEIVED

DEC - 4 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 09-0064** |
| **VERSUS** | **JUDGE DOHERTY** |
| **JONATHAN WINTERS (01)**<br>**PERRY LADAY (02)**<br>**CHAD ZENO (06)** | **MAGISTRATE JUDGE METHVIN** |

*JUDGMENT*
*(Rec. Docs. 126, 155)*[1]

Defendants Chad Zeno and Perry Laday's Motion to Suppress was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the motion is **DENIED**.

Lafayette, Louisiana, this 4 day of December, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE